UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER MOORE,<br><br>   Petitioner,<br><br>   v.<br><br>NEIL MCDOWELL,<br><br>   Respondent. | Case No. CV 20-2537-JWH (PD)<br><br>**ORDER ACCEPTING REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the Petition is **DISMISSED with prejudice**.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

**IT IS SO ORDERED.**

DATED: September 27, 2021

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE