JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SKYER MOORE,

               Petitioner,

      v.

NEIL MCDOWELL,

               Respondent.

Case No. CV 20-2537-JWH (PD)

**JUDGMENT**

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition is **DISMISSED with prejudice**.

DATED:  September 27, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE